Same case below, 408 Fed. Appx. 663.

**No. 10-9394. Alicia Rodriguez, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1840, 179 L. Ed. 2d 793, 2011 U.S. LEXIS 2766.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 627 F.3d 1372.

**No. 10-9403. Rodney Phillip Hill, Petitioner v. United States.**

563 U.S. 929, 131 S. Ct. 1841, 179 L. Ed. 2d 793, 2011 U.S. LEXIS 2623.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9395. Robert Holmes, Petitioner v. United States.**

563 U.S. 928, 131 S. Ct. 1841, 179 L. Ed. 2d 793, 2011 U.S. LEXIS 2784.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 409 Fed. Appx. 545.

**No. 10-9414. Donnell Le-Ron Alston, Petitioner v. United States.**

563 U.S. 929, 131 S. Ct. 1842, 179 L. Ed. 2d 793, 2011 U.S. LEXIS 2678.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 626 F.3d 397.

**No. 10-9396. Michael Greer, Petitioner v. United States.**

563 U.S. 929, 131 S. Ct. 1841, 179 L. Ed. 2d 793, 2011 U.S. LEXIS 2661.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 631 F.3d 608.

**No. 10-9423. Thomas Edward Norman, Petitioner v. United States.**

563 U.S. 929, 131 S. Ct. 1842, 179 L. Ed. 2d 793, 2011 U.S. LEXIS 2729.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 398 Fed. Appx. 934.

**No. 10-9397. Fernando A. Settles, Petitioner v. United States.**

563 U.S. 929, 131 S. Ct. 1841, 179 L. Ed. 2d 793, 2011 U.S. LEXIS 2789.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-9424. Alexander Junior Bennett, Petitioner v. United States.**

563 U.S. 929, 131 S. Ct. 1842, 179 L. Ed. 2d 793, 2011 U.S. LEXIS 2746.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.